FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 13 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
_Atlanta_ **DIVISION**

Adnan Christopher Hawkins
(Print your full name)

Plaintiff *pro se*,

v.

Hulcher Services LLC

Gregory Dickerson

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:25 -CV- 2662**

(to be assigned by Clerk)

## _PRO SE_ EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

    ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.    Plaintiff.    Print your full name and mailing address below:

Name    Adrian Hawkins

Address    1099 Ira Street

Atlanta, Ga. 30310

4.    Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

Name    Hulcher Services Inc.

Address    611 Kimberly Dr. Denton TX 76208

Name    Gregory Dickerson

Address    611 Kimberly Dr. Denton TX 76208

Name

Address

## Location and Time

5.    If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

1670 Thomas Street
Atlanta, Ga. 30318

Page 3 of 9

6.   When did the alleged discrimination occur?  (State date or time period)

10/6/23    11/9/23

10/31/23

11/1/23

11/8/23

## Administrative Procedures

7.   Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ___✓___ Yes    _____ No

If you checked "Yes," attach a copy of the charge to this complaint.

8.   Have you received a Notice of Right-to-Sue letter from the EEOC?

___✓___ Yes    _____ No

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 02/25/25

9.   If you are suing for **age discrimination**, check one of the following:

_____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

_____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

Page 4 of 9

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          __X__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          _____ No          __X__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12.  The conduct complained about in this lawsuit involves (check only those that apply):

            failure to hire me
            failure to promote me
            demotion
            reduction in my wages
✓     working under terms and conditions of employment that differed from similarly situated employees
✓     harassment
✓     retaliation
✓     termination of my employment
            failure to accommodate my disability
            other (please specify) _____

13.  I believe that I was discriminated against because of (check only those that apply):

✓     my race or color, which is ___Black___
            my religion, which is _____
            my sex (gender), which is ____ male ____ female
            my national origin, which is _____
✓     my age (my date of birth is _____ )
            my disability or perceived disability, which is:

___Post Traumatic Stress Syndrome Depression___

✓     my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

            other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

1). During my tenure at Hulcher Services Inc. I was subject to disparate treatment wherein I am forced to do manual labor and work exclusively outdoors, whereas my Caucasian counterparts are assigned less labor intensive indoor tasks.

2). While the plaintiff was working Division Manager Gregory Dickerson asked the plaintiff to sing a SLAVE Song.

3). After the plaintiff discussed displeasure with racist remarks Division Manager Gregory Dickerson stated that he knew racism well because he is from the town that killed Martin Luther King.

4). 11/1/23 when plaintiff entered the workplace Division Manager Gregory Dickerson stated that the plaintiff and other black counterparts look the same with exception of hair

5). While the plaintiff was speaking defendant(s) mocked plaintiff vernacular stating "I know you are not educated because you are from Ga."

6). Defendant(s) stated they would stab plaintiff and the plaintiff would "bleed out easy" because he "has tin skin"

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

LP29G6 QP110D77

15.  **Plaintiff** _____ still works for defendant(s)

_____✓_____ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?    _____ Yes    __✓__ No

If you checked "Yes," please explain: _____

_____

_____

_____

_____

17.  If your case goes to trial, it will be heard by a judge unless you elect a jury trial.  Do you request a jury trial?    __✓__ Yes _____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__✓__ Defendant(s) be directed to teach racial sensitivity classes, hire more black managers

__✓__ Money damages (list amounts) $3,000,000

_____

__✓__ Costs and fees involved in litigating this case

__✓__ Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __13__ day of ___May___, 20__25__

_____
(Signature of plaintiff *pro se*)

Adrian Hawkins
(Printed name of plaintiff *pro se*)

1099 Ira Street
(street address)

Atlanta, Ga, 30310
(City, State, and zip code)

hawkins31097@yahoo.com
(email address)

(706) 975-1429
(telephone number)

Page 9 of 9

I am requesting Section 83 Request for Charge number
410-2024-06838

—Thank you in advance

Adnan Hawkins

4-22-25

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | **Amended COD** |
| ☒ EEOC | 410-2024-06838 |
| | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Adrian Hawkins** | **(706) 975-1429** | **12/19/1990** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1099 Ira St SW** | **Atlanta, GA 30310** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Hulcher Services Inc.** | **15+** | **(940) 387-0099** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1670 Thomas St** | **Atlanta, GA 30318** |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **11/7/2022**  Latest **4/2/2024**

☒ CONTINUING ACTION

### Amended Charge of Discrimination; Original Charge No.: 410-2024-06838

**Statement of Harm:** Hulcher Services discriminated and retaliated against me because of my race (African American) and because of my disability and/or perceived disability.

I am employed by Hulcher Services as an Apprentice Operator at its 1670 Thomas Street, Atlanta, Georgia location. From the conception of my tenure, I have been subjected to race and disability-based discrimination which has and continues to negatively impact my ability to perform my duties. For example, I am subjected to disparate treatment wherein I am forced to do manual labor and work almost exclusively outdoors, whereas my Caucasian counterparts are assigned less labor intensive, indoor tasks. On one occasion, a Caucasian employee loudly exclaimed, _"We are gonna kill you and your n***** babies."_ On another occasion, a Caucasian employee held a black market up to an African American employee's skin and said, _"I can't see anything."_

On October 6, 2023, I was performing my job duties when Division Manager, Gregory Dickerson (Caucasian) stated, _"Are you gonna sing a slave song?"_ I expressed my concerns of discrimination to Mr. Dickerson and asked him to refrain from making such racist remarks. Mr. Dickerson responded by threatening me and stating, _"I am from the town that killed Martin Luther King."_ On November 8, 2023, Mr. Dickinson escalated his threatening and discriminatory behavior by telling me, _"You know how I know you're not educated? Because you're from Georgia. You have thin skin. If I stab you, you'll bleed out easy."_

I immediately reported the abusive and threatening conduct to Human Resources Director, Christina Prewitt (Caucasian). However, Ms. Prewitt wholly dismissed my concerns and failed to take remedial action. On November 14, 2023, I escalated my concerns to Human Resources Regional Director, Jeff Johnson (Caucasian).

### Continued on Page 2

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 05 / 02 / 2024 _Date_    _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

ATDO Received on 5-9-2024

Doc ID: 12dc1a261cbfcb22fc63bb79f633548ad75da05f

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | Amended COD<br>410-2024-06838 |

and EEOC

_State or local Agency, if any_

### Amended Charge of Discrimination; Original Charge No.: 410-2024-06838

**Continued from Page 1**

I reported my concerns of racial discrimination and explained that the severe and pervasive discrimination was exacerbating the symptoms of my disability. Mr. Johnson wholly dismissed my concerns and failed to engage with me in the interactive process. Instead, Mr. Johnson ratified the racial discrimination by stating, *"What do you want us to do? Hang him? 25 years ago, this would have been okay. Christina has already told me what happened. I got it all written down."*

Without further engagement, Hulcher Services terminated me.

A person with a disability is defined as:

1. A person with a physical or mental impairment that substantially limits one or more major life activities; or
2. A person with a record of such a physical or mental impairment; or
3. A person who is regarded as having such an impairment. I qualify as a person with a disability as defined by one or more of the above.

**Statement of Discrimination:** Hulcher Services discriminated and retaliated against me because of my race (African American) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* and because of my disability and/or perceived disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101 *et seq.*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 05 / 02 / 2024<br><br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

ATDO Received on 5-9-2024

Doc ID: 12dc1a261cbfcb22fc63bb79f633548ad75da05f

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## <u>NOTICE OF CHARGE OF DISCRIMINATION</u>

### (This Notice replaces EEOC FORM 131)

04/26/2024

**To:** Tracie Maurer
Attorney

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Adrian Hawkins under: The Americans With Disabilities Act of 1990 (ADA), Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on Disability, Race, Retaliation, and involve issues of Retaliation, Harassment, Discipline that are alleged to have occurred on or about 04/04/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, the EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access the EEOC's secured online system at https://arc.eeoc.gov/rsp/login.jsf
2. Enter this EEOC Charge No.: 410-2024-06838
3. Enter this password: ▮▮▮▮▮▮▮

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding it, you may send an email to ATDOCHARGES@EEOC.GOV.

## Preservation of Records Requirement When a Charge has Been Filed

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

## Non-Retaliation Requirements

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

## Legal Representation

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.

 **U.S. Equal Employment Opportunity Commission**

## FEDERAL INVESTIGATION:
## REQUEST FOR POSITION STATEMENT
## AND SUPPORTING DOCUMENTARY EVIDENCE

The EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for the EEOC's consideration.

We recommend you review the EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

### Fact-Based Position Statement

This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge. The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to the EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

The EEOC also requests that you submit all documentary evidence you believe is responsive to the allegations of the charge. If you submit only an advocacy statement, unsupported by documentary evidence, the EEOC may conclude that Respondent has no evidence to support its defense to the allegations of the charge.

The EEOC may release your position statement and non-confidential attachments to the Charging Party and their representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts. The EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, the EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

### Signed by an Authorized Representative

The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

### Segregate Confidential Information into Separately Designated Attachments

If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the Charging Party is not sensitive or confidential medical information in relation to the EEOC's investigation.

Segregate the following information into separate attachments and designate them as follows:

a. Sensitive medical information, except the Charging Party's medical information

b. Social Security Numbers

c. Confidential commercial or financial information

d. Trade secrets information

e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.

f. Any reference to charges filed against the Respondent by other charging parties

## Requests for an Extension

If Respondent believes it requires additional time to respond, it must, at the *earliest possible time* in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply. Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

## Upload the Position Statement and Attachments into the Respondent Portal

You can upload your position statement and attachments into the Respondent Portal using the **+ Upload Documents** button. Select the "Position Statement" Document Type and click the **Save Upload** button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted, you will not be able to retract it via the Portal.



**U.S. Equal Employment Opportunity Commission**
**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000

## NOTICE OF AMENDED CHARGE OF DISCRIMINATION

### (This Notice replaces EEOC FORM 131)

05/10/2024

**To:** Tracie Maurer
Attorney

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Adrian Hawkins under: The Americans With Disabilities Act of 1990 (ADA), Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on Disability, Race, Retaliation, and involve issues of Retaliation, Harassment, Discipline that are alleged to have occurred on or about 04/04/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The amended charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please visit the EEOC Respondent Portal (https://arc.eeoc.gov/rsp/login.jsf) to view the amended charge within ten (10) days of receiving this Notice. Once you log into the Portal, you can view and download the amended charge, and electronically submit documents to EEOC. The Portal will also advise you of possible actions or responses and identify your EEOC point of contact for this amended charge.

**Preservation of Records Requirement When a Charge has Been Filed**

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

**Non-Retaliation Requirements**

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

**Legal Representation**

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Adrian Hawkins
1099 Ira St WS
Atlanta, GA 30310
Charge No: 410-2024-06838

EEOC Representative and email:    MICHELLE WRIGHT
Investigator
michelle.wright@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2024-06838.

On behalf of the Commission,

Digitally signed by I. Daniel-
Edward Anance
I. Daniel-Edward Anance   Date: 2025.02.25 12:24:25

Darrell E. Graham
District Director

Cc:
Tracie  Maurer
Tracie.Maurer@jacksonlewis.com

1670 Thoms Dr Nw
Atlanta, GA 30318

Lisa Scheibly
Suite 950
4890 W. Kennedy Blvd
Tampa, FL 33609


**Please retain this notice for your records.**



410-2024-06838

April 4, 2024

**ATTORNEYS AT LAW**

James Spielberger ‡†
Gabrielle Klepper ✱† ø ★✧‡¤
Lisa Scheibly ✱◊ ✱
Zane Herman ✱ ▽ ✱ ø
Gary Martoccio ✱✱★ø ┼✧ ‡◊ᴧ
Eric D. Rogers ✱ ø △ ✱ ¤ ‡
Kateline Gardiner ✱
Samantha A. Koempel ✱
Raphael Cua ✱ ø
Steven Houston ✱
Diana Estrada ✱
Kylie Corbett ✱
Brandt Williamson ✱

**OFFICES**

Charleston
Tampa
Chicago *
Atlanta *
Charlotte *
Raleigh *
Orlando *
Jacksonville*
Ft. Lauderdale
Austin*
Houston *
Dallas *
Philadelphia*
Pittsburgh *
Arlington *
* by apt. only

**VIA EMAIL: atdoatty@eeoc.gov**
Atlanta District Office
Sam Nunn Atlanta Federal Center
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303

    ***RE:***   ***Employee:***  ***Adrian Hawkins***
         ***Employer:***  ***Hulcher Services Inc.***

Dear Sir or Madam:

   Adrian Hawkins has retained this law firm to represent him in connection with his employment discrimination charge against Hulcher Services Inc.

Mr. Hawkins' email is: hawkins31097@yahoo.com

Respondent's Counsel is: Tracie Maurer, Tracie.Maurer@jacksonlewis.com

   Please direct all future inquiries and communications regarding this matter to Attorney Lisa Scheibly and copy her team, Gary Martoccio, Kylie Corbett and Alexa Espinosa, who are listed below.  Ms. Scheibly can be reached at (800) 965-1570 ext. 157. Thank you in advance for your prompt attention to this matter.

          Best regards,

          Spielberger Law Group

**OF COUNSEL:**
♦

**ONLY LICENSED IN:**
† SC
‡ GA
¤ VA
┼ NC
✱ IL
ø TX
✱ FL
★ AZ
△ MD
❖ PA
✧ CO
▽ MI
◊ MA
ᴧ TN

cc:  Lisa Scheibly
   Lisa.Scheibly@spielbergerlawgroup.com
   Gary Martoccio@spielbergerlawgroup.com
   Kylie.Corbett@spielbergerlawgroup.com
   Alexa.Espinosa@spielbergerlawgroup.com

Administrative Office: 4890 W. Kennedy Blvd. Suite 950, Tampa, Florida 33609

Phone: (800) 965.1570   Fax: (866) 580.7499

EEOC ATDO
Received 04/04/2024



410-2024-06838

May 9, 2024

**ATTORNEYS AT LAW**

James Spielberger ‡†
Gabrielle Klepper ✳† ø ★✧‡ ¤
Lisa Scheibly ✳✧ ✳
Zane Herman ✳ ∇ ✳ ø
Gary Martoccio ✳✳★ø +✦ ‡✧∧
Eric D. Rogers ✳ ø ∆ ✳ ¤ ‡
Kateline Gardiner ✳
Samantha A. Koempel ✳
Raphael Cua ✳ ø
Steven Houston ✳
Diana Estrada ✳
Kylie Corbett ✳
Brandt Williamson ✳

**OFFICES**

Charleston
Tampa
Chicago *
Atlanta *
Charlotte *
Raleigh *
Orlando *
Jacksonville*
Ft. Lauderdale
Austin*
Houston *
Dallas *
Philadelphia*
Pittsburgh *
Arlington *
* by apt. only

**VIA EMAIL: atdoatty@eeoc.gov**
Atlanta District Office
Sam Nunn Atlanta Federal Center
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303

    *RE:*    *Employee:*    ***Adrian Hawkins***
             *Employer:*    ***Hulcher Services Inc.***

**Amended Charge of Discrimination; Original Charge No.: 410-2024-06838**

Dear Sir or Madam:

    Adrian Hawkins has retained this law firm to represent him in connection with his employment discrimination charge against Hulcher Services Inc and now he files his amended charge.

Mr. Hawkins' email is: hawkins31097@yahoo.com

Respondent's Counsel is: Tracie Maurer, Tracie.Maurer@jacksonlewis.com

    Please direct all future inquiries and communications regarding this matter to Attorney Lisa Scheibly and copy her team, Gary Martoccio, Kylie Corbett and Alexa Espinosa, who are listed below.  Ms. Scheibly can be reached at (800) 965-1570 ext. 157. Thank you in advance for your prompt attention to this matter.

                        Best regards,

                        Spielberger Law Group

cc:    Lisa Scheibly
       Lisa.Scheibly@spielbergerlawgroup.com
       Gary.Martoccio@spielbergerlawgroup.com
       Kylie.Corbett@spielbergerlawgroup.com
       Alexa.Espinosa@spielbergerlawgroup.com

**OF COUNSEL:**
♦

**ONLY LICENSED IN:**
† SC
‡ GA
¤ VA
+NC
✳ IL
ø TX
✳ FL
★ AZ
∆ MD
❖ PA
✧ CO
∇ MI
◊ MA
∧ TN

Administrative Office: 4890 W. Kennedy Blvd. Suite 950, Tampa, Florida 33609

Phone: (800) 965.1570  Fax: (866) 580.7499

ATDO Received on 5-9-2024

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# RIGHT TO SUE REQUEST

Charging Party:    Adrian Hawkins v. Hulcher Services Inc.

Respondent:

Charge No.:        410-2024-06838

On behalf of my client,    Adrian Hawkins

I request that the Commission grant the right to sue the above named Respondent in Federal Court. I understand that when the Notice of Right to Sue is issued the Commission will cease processing of the above referenced charge.

Date:  X    2.24.25          X  /s/ Eric Rogers

Signature of Representative

Eric Rogers

Name of Representative

4890 W. Kennedy Blvd., Suite 950; Tampa, FL 33609

Address

800-965-1570

Telephone Number

eric.rogers@spielbergerlawgroup.com

E-mail Address

**Email To:** lisa.scheibly@spielbergerlawgroup.com,hawkins31097@yahoo.com

**Subject:** Confirmation of Amended Charge of Discrimination 410-2024-06838

**Sent On:** 2024-05-10T15:30:01.274196

---

*No Message found*

---

**Email To:** tracie.maurer@jacksonlewis.com

**Subject:** Notice of Amended Charge of Discrimination 410-2024-06838

**Sent On:** 2024-05-10T15:30:00.814354

---

## <u>NOTICE OF CHARGE OF DISCRIMINATION</u>

(This Notice replaces EEOC FORM 131)

05/10/2024

**To:**  Tracie Maurer
Attorney

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Adrian Hawkins under: The Americans With Disabilities Act of 1990 (ADA), Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on Disability, Race, Retaliation, and involve issues of Retaliation, Harassment, Discipline that are alleged to have occurred on or about 04/04/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The amended charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please visit the EEOC Respondent Portal (**Respondent Portal Link**) to view the amended charge within ten (10) days of receiving this Notice. Once you log into the Portal, you can view and download the amended charge, and electronically submit documents to EEOC. The Portal will also advise you of possible actions or responses and identify your EEOC point of contact for this amended charge.

### **Preservation of Records Requirement When a Charge has Been Filed**

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

### **Non-Retaliation Requirements**

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

### **Legal Representation**

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact 1-800-669-4000 and destroy all copies of the original message and attachments.*

**Email To:** tracie.maurer@jacksonlewis.com
 **Subject:** Document Added to EEOC Charge 410-2024-06838
 **Sent On:** 2024-05-10T15:29:58.334041



### U.S. Equal Employment Opportunity Commission

A new document was added to EEOC Charge No. 410-2024-06838, Adrian Hawkins v. Hulcher Services Inc . To view it, sign-in to the EEOC Respondent Portal.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact 1-800-669-4000 and destroy all copies of the original message and attachments.*

**Email To:** tracie.maurer@jacksonlewis.com
 **Subject:** EEOC Charge 410-2024-06838 Password Changed
 **Sent On:** 2024-04-28T16:45:08.753677



### U.S. Equal Employment Opportunity Commission

The EEOC Respondent Portal Password for Charge 410-2024-06838 has been changed by one of the respondent's contacts and/or legal representative for this charge. The new password is Tillie2026!. Please use this password the next time you login to the EEOC Respondent Portal.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 410-2024-06838. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, of the person(s) named above. If you are not the intended recipient, you are hereby notified*

*including information protected by federal and state privacy laws. It is intended only for the use that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact 1-800-669-4000 and destroy all copies of the original message and attachments.*

---

**Email To:** lisa.scheibly@spielbergerlawgroup.com,hawkins31097@yahoo.com

**Subject:** Charge 410-2024-06838 Eligible for Mediation

**Sent On:** 2024-04-26T22:45:26.136589

---



## U.S. Equal Employment Opportunity Commission

Your Charge has been identified as appropriate for early mediation. Please visit the EEOC Public Portal to retrieve your Charge and learn more about this exciting opportunity to resolve your Charge more efficiently through the EEOC's highly regarded and very successful national Mediation Program.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 410-2024-06838. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact 1-800-669-4000 and destroy all copies of the original message and attachments.*

---

**Email To:** tracie.maurer@jacksonlewis.com

**Subject:** New Activity for Charge 410-2024-06838

**Sent On:** 2024-04-26T22:45:25.859470

---



## U.S. Equal Employment Opportunity Commission

This is to inform you that a new Action Notice has posted on charge 410-2024-06838, filed by Adrian Hawkins against Hulcher Services Inc . Please go to the EEOC Respondent Portal to review the Action Notice.

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at digital-support@eeoc.gov and destroy all copies of the original message and attachments.*

---

**Email To:** tracie.maurer@jacksonlewis.com

**Subject:** Notice of Charge of Discrimination

**Sent On:** 2024-04-26T22:44:29.141172

# NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

04/26/2024

**To:**   Tracie Maurer
Attorney

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Adrian Hawkins under: The Americans With Disabilities Act of 1990 (ADA), Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on Disability, Race, Retaliation, and involve issues of Retaliation, Harassment, Discipline that are alleged to have occurred on or about 04/04/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, the EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice

1. Access the EEOC's secured online system at **EEOC Respondent Portal**
2. Enter this EEOC Charge No.: **410-2024-06838**
3. Enter this password:

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to ATDOCHARGES@EEOC.GOV.

## Preservation of Records Requirement When a Charge has Been Filed

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

## Non-Retaliation Requirements

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

## Legal Representation

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.



## U.S. Equal Employment Opportunity Commission

### FEDERAL INVESTIGATION:
### REQUEST FOR POSITION STATEMENT
### AND SUPPORTING DOCUMENTARY EVIDENCE

The EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for the EEOC's consideration.

We recommend you review the EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

### Fact-Based Position Statement

This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge. The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to the EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

The EEOC also requests that you submit all documentary evidence you believe is responsive to the allegations of the charge. If you submit only an advocacy statement, unsupported by documentary evidence, the EEOC may conclude that Respondent has no evidence to support its defense to the allegations of the charge.

The EEOC may release your position statement and non-confidential attachments to the Charging Party and her representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts. The EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, the EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

### Signed by an Authorized Representative

The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

### Segregate Confidential Information into Separately Designated Attachments

If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the Charging Party is not sensitive or confidential medical information in relation to the EEOC's investigation.

Segregate the following information into separate attachments and designate them as follows:

   a. Sensitive medical information, except the Charging Party's medical information
   b. Social Security Numbers or financial information
   d. Trade secrets information

e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.

f. Any reference to charges filed against the Respondent by other charging parties

## Requests for an Extension

If Respondent believes it requires additional time to respond, it must, at the earliest possible time in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply. Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

## Upload the Position Statement and Attachments into the Respondent Portal

You can upload your position statement and attachments into the Respondent Portal using the **+ Upload Documents** button. Select the "Position Statement" Document Type and click the **Save Upload** button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted, you will not be able to retract it via the Portal.



**U.S. Equal Employment Opportunity Commission**
**Atlanta District Office**
100 Alabama Street, SW Suite 4R30 Atlanta, GA 30303
1-800-669-4000

Dear Small Business Manager:

The Equal Employment Opportunity Commission (EEOC) is the federal agency with primary responsibility for enforcing our nation's equal employment opportunity (EEO) laws. The laws we enforce prohibit job discrimination based on race, color, religion, sex (including on the basis of pregnancy, gender identity, or sexual orientation), pregnancy, national origin, age, disability, retaliation and genetic information.

The attached Fact Sheet provides an overview of the EEOC's procedures from the time a charge of employment discrimination is filed to the point that it is resolved.

We encourage you to visit our online Small Business Resource Center, which provides a wealth of information designed to help small businesses. We offer tips and short videos on key employment topics including what to do when you receive a charge of discrimination.

In most cases, as our first step in processing a charge, we offer mediation as a neutral, voluntary and confidential way to achieve a mutually satisfactory resolution for all parties. Seventy-five percent of charges that are mediated are successfully resolved. In an independent study, 96% of employers who tried the EEOC's mediation program said they would use it again if the need arose.

Each of our district offices has a Small Business Liaison to provide technical assistance and help employers resolve questions about the laws we enforce, our mediation program, and the charge process. You can find the names and contact information of our Small Business Liaisons on our web site.

We encourage you to contact the Small Business Liaison in your area to answer any questions you may have and assure you that any inquiry or request for information will not adversely affect the investigation of the charge that has been filed.

Yours truly,

U.S. Equal Employment Opportunity Commission

## Find the Answers at EEOC's Small Business Resource Center

The EEOC's Small Business Resource Center is filled with useful information for small business and can connect you with EEOC staff in your area who can help you.

☐ *Have a question? Need training for your staff or one-on-one assistance?*
To request information about the EEOC, training on federal employment discrimination laws or an explanation of the charge process, contact your local EEOC Small Business Liaison. We are here to help.

☐ *Want quick information online?*
The EEOC's Small Business Liaisons have created videos with the small business owner in mind and the simple straightforward information that you need most. For example, you may need to know what questions you shouldn't ask in a job interview, and other tips for the hiring process.
Also see our Frequently Asked Questions.

☐ *Need an employment policy or practical tips on preventing job discrimination?*
See 10 Quick Tips For Small Business.

☐ *Need to know more about EEOC's charge process?*
We have a video on Responding to a Charge of Discrimination.

☐ *What is mediation?*
The EEOC's mediation program offers a free, voluntary, confidential and informal resolution process for many charges of discrimination. Mediations are conducted by a neutral mediator. If mediation is successful, there is no investigation.

☐ *Want information about a specific topic?*
Our Resources page explains the types of employment discrimination covered by the EEOC's laws as well as the legal requirements you need to know.

We can also direct you to other federal agencies for information on issues such as minimum wage and overtime pay or family and medical leave. The Resources page gives a link to small business assistance from the SBA and provides information on the Small Business Regulatory Enforcement Fairness Act (SBREFA), which allows small businesses to comment on federal agency enforcement actions to the SBA Ombudsman.

You can order our Publications online free of charge or print them for use. You can also order the EEOC's poster, "EEO Is The Law," here .

**For more information and assistance call the EEOC toll-free at 1-800-669-4000 or use our sign language access line at 1-844-234-5122 (ASL Video Phone)**

**Email To:** lisa.scheibly@spielbergerlawgroup.com
**Subject:** You Can Now File Charges Electronically
**Sent On:** 2024-04-25T17:59:48.998778



**U.S. Equal Employment Opportunity Commission**
**Atlanta District Office**

04/25/2024

Dear Lisa Scheibly,

You are receiving this because you recently submitted a charge of discrimination.

Case 1:25-cv-02682-VMC-JEM    Document 1    Filed 05/13/25    Page 31 of 40

**If and when you need to submit another charge, we encourage you to use** E-File for Attorneys **an application that allows licensed attorneys to immediately submit charges electronically on behalf of their clients.** When you use E-File for Attorneys, you will not have to wait for the charge to be manually processed and you will receive a confirmation, with a charge number, immediately.

Using this application, an attorney can either (1) upload and submit a charge that their client has previously signed under penalty of perjury but has not yet submitted to the EEOC (It does not allow an attorney to upload a charge that the attorney has signed on their client's behalf) or (2) create and submit a charge that their client can sign under penalty of perjury through the Public Portal.

**Submitting a Charge**
To use the E-File for Attorneys application, an attorney will log in using a new or existing account. The application will then ask the attorney for the information the EEOC needs to accept and process the charge. This includes information about the attorney, the client on whose behalf the charge is filed, the respondent the charge will be filed against, and the allegations. The application does not permit an attorney to file a charge without disclosing a client's identity. The attorney should have all this information before they begin. Before submitting a charge, the attorney has the option to express interest in mediation or request an immediate notice of right to sue.

**Submitting Multiple Charges**
Although the E-File for Attorneys application only allows the attorney to name a single entity and its aliases in each charge, the attorney can submit additional charges without duplicating steps to enter the same information (1) on behalf of the same or a different client and (2) against the same or a different entity. The attorney can also tell the EEOC that the charge is related to another inquiry or charge.

**Amending a Charge**
After the attorney submits the charge, they can track its status within the Public Portal using a new or existing Public Portal account. To amend a charge after it is submitted, the attorney will need to contact the assigned EEOC staff through the Public Portal. The application does not accept amended charges.

**Asking Us Questions and Giving Us Feedback**
We expect E-File for Attorneys to enhance the charge filing experience for attorneys and their clients, but if you have any difficulty using the application or want to provide feedback, please contact us at e-file-for-attorneys@eeoc.gov.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact info@eeoc.gov and destroy all copies of the original message and attachments.*

**Email To:** lisa.scheibly@spielbergerlawgroup.com,hawkins31097@yahoo.com

**Subject:** Confirmation of Charge Receipt

**Sent On:** 2024-04-25T17:59:48.715145

---

*No Message found*

---

**Email To:** hawkins31097@yahoo.com

**Alexa Espinosa**
**Legal** Assistant
**Address:** 4890 W. Kennedy Blvd. Ste. 950 | Tampa, **FL 33609**
**Tel.** (800) 965-1570 Ext. 159
**Fax:** (866) 580-7499
**Email:** alexa.espinosa@spielbergerlawgroup.com

This correspondence may contain information that is confidential, proprietary or & non-public personal information, as that term is defined in the Gramm-Leach-Bliley Act (collectively, Confidential Information). The Confidential Information is disclosed conditioned upon your agreement that you will treat all Confidential Information confidentially and in compliance with applicable law, ensure that such information is not used or disclosed except for the limited purpose for which it is being provided and will notify and cooperate with Spielberger Law Group, LLC. regarding any requested disclosure or any unauthorized disclosure or use of any Confidential Information. By accepting and reviewing the Confidential Information you agree to indemnify Spielberger Law Group, LLC. against any losses or expenses, including attorney's fees that Spielberger Law Group, LLC. may incur as a result of any unauthorized use or disclosure of the Confidential Information due to your acts or omissions. If this correspondence is received by a party other than the intended recipient, you are requested to immediately notify us of the erroneous delivery and return to us all information so delivered immediately.

2

## MARCIA HAYMER

| | |
|---|---|
| **From:** | alexa.espinosa@spielbergerlawgroup.com |
| **Sent:** | Thursday, April 4, 2024 1:21 PM |
| **To:** | ATDOATTY |
| **Cc:** | gary.Martoccio@spielbergerlawgroup.com; lisa.scheibly@spielbergerlawgroup.com; kylie.corbett@spielbergerlawgroup.com |
| **Subject:** | Charge Filing - Adrian Hawkins v. Hulcher Services Inc. (CLID: 2311299816, Hawkins, Adrian) |
| **Attachments:** | 04012013_A. Hawkins COD .pdf; 04012017_AH LOR .pdf |

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Good afternoon,
Attached please find Mr. Hawkins' charge for filing against Hulcher Services Inc.
Please assign the charge to the following two emails:

Charging Party: hawkins31097@yahoo.com
Charging Party Representative: lisa.scheibly@spielbergerlawgroup.com

For additional reference, Respondent's Counsel is: Tracie Maurer, Tracie.Maurer@jacksonlewis.com

Please confirm receipt and provide an assigned charge number.

Respectfully,


**Alexa Espinosa**
Legal Assistant
**Address:** 4890 W. Kennedy Blvd. Ste. 950 | Tampa, FL 33609
**Tel.** (800) 965-1570 Ext. 159
**Fax:** (866) 580-7499
**Email:** alexa.espinosa@spielbergerlawgroup.com

This correspondence may contain information that is confidential, proprietary or & non-public personal information, as that term is defined in the Gramm-Leach-Bliley Act (collectively, Confidential Information). The Confidential Information is disclosed conditioned upon your agreement that you will treat all Confidential Information confidentially and in compliance with applicable law, ensure that such information is not used or disclosed except for the limited purpose for which it is being provided and will notify and cooperate with Spielberger Law Group, LLC. regarding any requested disclosure or any unauthorized disclosure or use of any Confidential Information. By accepting and reviewing the Confidential Information you agree to indemnify Spielberger Law Group, LLC. against any losses or expenses, including attorney's fees that Spielberger Law Group, LLC. may incur as a result of any unauthorized use or disclosure of the Confidential Information due to your acts or omissions. If this correspondence is received by a party other than the intended recipient, you are requested to immediately notify us of the erroneous delivery and return to us all information so delivered immediately.

## MARCIA HAYMER

| | |
|---|---|
| **From:** | ATDOATTY |
| **Sent:** | Thursday, May 9, 2024 11:29 PM |
| **To:** | alexa.espinosa@spielbergerlawgroup.com |
| **Subject:** | RE: Amended Charge Filing - Adrian Hawkins v. Hulcher Services Inc.; Charge No.: 410-2024-06838 (CLID: 2311299816, Hawkins, Adrian) |

Hello,

Please allow this email to serve as notification of receipt of your amended charge.

Deante D. Topps
CRTIU Supervisor
U.S. EEOC
Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303
Phone: (470) 531-4794

**From:** alexa.espinosa@spielbergerlawgroup.com <alexa.espinosa@spielbergerlawgroup.com>
**Sent:** Thursday, May 9, 2024 10:15 AM
**To:** ATDOATTY <ATDOATTY@eeoc.gov>
**Cc:** gary.Martoccio@spielbergerlawgroup.com; lisa.scheibly@spielbergerlawgroup.com; kylie.corbett@spielbergerlawgroup.com; becky.edgmon@spielbergerlawgroup.com
**Subject:** Amended Charge Filing - Adrian Hawkins v. Hulcher Services Inc.; Charge No.: 410-2024-06838 (CLID: 2311299816, Hawkins, Adrian)

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Good morning,

Attached please find Mr. Hawkins' amended charge for filing against Hulcher Services Inc.

Please assign the charge to the following two emails:

Charging Party: hawkins31097@yahoo.com
Charging Party Representative: lisa.scheibly@spielbergerlawgroup.com

For additional reference, Respondent's Counsel is: Tracie Maurer, Tracie.Maurer@jacksonlewis.com

Please confirm receipt.

Respectfully,

1

**Alexa Espinosa**
Legal Assistant
**Address:** 4890 W. Kennedy Blvd. Ste. 950 | Tampa, FL 33609
**Tel.** (800) 965-1570 Ext. 159
**Fax:** (866) 580-7499
**Email:** alexa.espinosa@spielbergerlawgroup.com

This correspondence may contain information that is confidential, proprietary or & non-public personal information, as that term is defined in the Gramm-Leach-Bliley Act (collectively, Confidential Information). The Confidential Information is disclosed conditioned upon your agreement that you will treat all Confidential Information confidentially and in compliance with applicable law, ensure that such information is not used or disclosed except for the limited purpose for which it is being provided and will notify and cooperate with Spielberger Law Group, LLC. regarding any requested disclosure or any unauthorized disclosure or use of any Confidential Information. By accepting and reviewing the Confidential Information you agree to indemnify Spielberger Law Group, LLC. against any losses or expenses, including attorney's fees that Spielberger Law Group, LLC. may incur as a result of any unauthorized use or disclosure of the Confidential Information due to your acts or omissions. If this correspondence is received by a party other than the intended recipient, you are requested to immediately notify us of the erroneous delivery and return to us all information so delivered immediately.

## MARCIA HAYMER

| | |
|---|---|
| **From:** | alexa.espinosa@spielbergerlawgroup.com |
| **Sent:** | Thursday, May 9, 2024 10:15 AM |
| **To:** | ATDOATTY |
| **Cc:** | gary.Martoccio@spielbergerlawgroup.com; lisa.scheibly@spielbergerlawgroup.com; kylie.corbett@spielbergerlawgroup.com; becky.edgmon@spielbergerlawgroup.com |
| **Subject:** | Amended Charge Filing – Adrian Hawkins v. Hulcher Services Inc.; Charge No.: 410-2024-06838 (CLID: 2311299816, Hawkins, Adrian) |
| **Attachments:** | 09101251_A. Hawkins Amended COD .pdf; 09101253_AH LOR Amended  .pdf |

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Good morning,

Attached please find Mr. Hawkins' amended charge for filing against Hulcher Services Inc. Please assign the charge to the following two emails:

Charging Party: hawkins31097@yahoo.com
Charging Party Representative: lisa.scheibly@spielbergerlawgroup.com

For additional reference, Respondent's Counsel is: Tracie Maurer, Tracie.Maurer@jacksonlewis.com

Please confirm receipt.

Respectfully,


**Alexa Espinosa**
Legal Assistant
**Address:** 4890 W. Kennedy Blvd. Ste. 950 | Tampa, FL 33609
**Tel.** (800) 965-1570 Ext. 159
**Fax:** (866) 580-7499
**Email:** alexa.espinosa@spielbergerlawgroup.com

This correspondence may contain information that is confidential, proprietary or & non-public personal information, as that term is defined in the Gramm-Leach-Bliley Act (collectively, Confidential Information). The Confidential Information is disclosed conditioned upon your agreement that you will treat all Confidential Information confidentially and in compliance with applicable law, ensure that such information is not used or disclosed except for the limited purpose for which it is being provided and will notify and cooperate with Spielberger Law Group, LLC. regarding any requested disclosure or any unauthorized disclosure or use of any Confidential Information. By accepting and reviewing the Confidential Information you agree to indemnify Spielberger Law Group, LLC. against any losses or expenses, including attorney's fees that Spielberger Law Group, LLC. may incur as a result of any unauthorized use or disclosure of the Confidential Information due to your acts or omissions. If this correspondence is received by a party other than the intended recipient, you are requested to immediately notify us of the erroneous delivery and return to us all information so delivered immediately.

## MARCIA HAYMER

**From:**        MICHELLE M. WRIGHT
**Sent:**        Friday, January 24, 2025 11:34 AM
**To:**          Maurer, Tracie Johnson (Atlanta)
**Subject:**     Adrian Hawkins v Hulcher Services Inc (EEOC No. 410-2024-06838)
**Attachments:** 410-2024-06838_Notice of Amended Charge of Discrimination_1.pdf

**Follow Up Flag:**  Follow up
**Due By:**          Monday, February 10, 2025 4:00 PM
**Flag Status:**     Flagged

Good Morning Ms. Maurer:

This position statement is outstanding. The commission received this charge on April 4, 2024. The commission then received an amended charge on May 10, 2024. Your response was due August 24, 2024. As of today, we have yet to receive the information as requested. Please give me a call to discuss.

Michelle Wright
Investigator
U.S Equal Employment Opportunity Commission (EEOC)
Atlanta District Office
100 Alabama St, SW  Suite 4R30
Atlanta, GA 30303
Tel: 470-531-4869
michelle.wright@eeoc.gov

1

| Created By | Posted On | Subject | Notes |
|---|---|---|---|
| 11218000 | General | 2025-02-25T09:16:18.314346 | CP's attorney requested NRTS |
| 11165514 | General | 2025-01-24T11:36:57.530161 | Tracie Maurer<br>Direct: (404) 586 1873 I Main: (404) 525 8200 |

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | 410-2024-06838 |
| ☒ EEOC | |

_____ and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Adrian Hawkins** | **(706) 975-1429** | **12/19/1990** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1099 Ira St SW** | **Atlanta, GA 30310** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Hulcher Services Inc.** | **15+** | **(940) 387-0099** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1670 Thomas St** | **Atlanta, GA 30318** |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **11/7/2022**   Latest **Ongoing**

☒ CONTINUING ACTION

**Statement of Harm:** Hulcher Services has and continues to discriminate and retaliate against me because of my race (African American) and because of my disability and/or perceived disability.

I am employed by Hulcher Services as an Apprentice Operator at its 1670 Thomas Street, Atlanta, Georgia location. From the conception of my tenure, I have been subjected to race and disability-based discrimination which has and continues to negatively impact my ability to perform my duties. For example, I am subjected to disparate treatment wherein I am forced to do manual labor and work almost exclusively outdoors, whereas my Caucasian counterparts are assigned less labor intensive, indoor tasks. On one occasion, a Caucasian employee loudly exclaimed, *"We are gonna kill you and your n***** babies."* On another occasion, a Caucasian employee held a black market up to an African American employee's skin and said, *"I can't see anything."*

On October 6, 2023, I was performing my job duties when Division Manager, Gregory Dickerson (Caucasian) stated, *"Are you gonna sing a slave song?"* I expressed my concerns of discrimination to Mr. Dickerson and asked him to refrain from making such racist remarks. Mr. Dickerson responded by threatening me and stating, *"I am from the town that killed Martin Luther King."* On November 8, 2023, Mr. Dickinson escalated his threatening and discriminatory behavior by telling me, *"You know how I know you're not educated? Because you're from Georgia. You have thin skin, If I stab you, you'll bleed out easy."*

I immediately reported the abusive and threatening conduct to Human Resources Director, Christina Prewitt (Caucasian). However, Ms. Prewitt wholly dismissed my concerns and failed to take remedial action. On November 14, 2023, I escalated my concerns to Human Resources Regional Director, Jeff Johnson (Caucasian).

*Continued on Page 2*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

04 / 03 / 2024
Date

Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC ATDO
Received 04/04/2024

Doc ID: 18455cba0edf0c1ed7a75bd10f2206f06efb9097

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2024-06838 |

_____ and EEOC

*State or local Agency, if any*

**Continued from Page 1**

I reported my concerns of racial discrimination and explained that the severe and pervasive discrimination was exacerbating the symptoms of my disability. Mr. Johnson wholly dismissed my concerns and failed to engage with me in the interactive process. Instead, Mr. Johnson ratified the racial discrimination by stating, *"What do you want us to do? Hang him? 25 years ago, this would have been okay. Christina has already told me what happened. I got it all written down."* Consequently, I remain subjected to severe and pervasive racial discrimination which has and continues to exacerbate the symptoms of my disability.

A person with a disability is defined as:

1. A person with a physical or mental impairment that substantially limits one or more major life activities; or
2. A person with a record of such a physical or mental impairment; or
3. A person who is regarded as having such an impairment. I qualify as a person with a disability as defined by one or more of the above.

**Statement of Discrimination:** Hulcher Services has and continues to discriminate and retaliate against me because of my race (African American) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* and because of my disability and/or perceived disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101 *et seq.*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04 / 03 / 2024<br><br>Date          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC ATDO
Received 04/04/2024

Doc ID: 18455cba0edf0c1ed7a75bd10f2206f06efb9097